IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC ARRINGTON, also known    )
as  Prince  Eric  Arrington   )
El (A.R.R.),                  )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )       2:15cv674-MHT
                              )           (WO)
COMMISSIONER: JEFFERSON S.    )
DUNN, et al.,                 )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining that he should receive a religious exception accommodation to the grooming policy recently adopted by the Alabama Department of Corrections which would allow him to grow a beard of not more than one-half inch in length.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for a preliminary injunction be denied and that his case be dismissed without prejudice for failure to file the requisite fees or provide the court with

financial information in compliance with the order of this court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of November, 2015.

                                       /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE