IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC ARRINGTON, also known   )
as Prince Eric Arrington     )
El (A.R.R.),                 )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )        2:15cv674-MHT
                             )            (WO)
COMMISSIONER: JEFFERSON S.   )
DUNN, et al.,                )
                             )
     Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) The plaintiff's motion for a preliminary injunction (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 25th day of November, 2015.**

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**